*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
GASTON, HOUTZ, and STARITA
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Cortlyn D. HARRIS**
Aviation Ordnanceman Airman (E-3), U.S. Navy
Appellant

**No. 202000102**

Decided: 26 August 2020

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Chad Temple

Sentence adjudged 27 February 2020 by a general court-martial convened at Naval Base San Diego, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: confinement for 120 days and a bad-conduct discharge.

For Appellant:
*Captain Daniel J. McCoy, JAGC, USN*

For Appellee:
*Brian K. Keller, Esq.*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Uniform Code of Military Justice arts. 59, 66, 10 U.S.C. §§ 859, 866 (2018).

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court